UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SEVERIANO MENDOZA, individually and on
behalf of others similarly situated,

                     *Plaintiff*,                    **18-CV-11147**

      -against-

CAVALLO'S OF CHELSEA, INC. (D/B/A      **PROPOSED**
CLAUDIO PIZZERIA), SALVATORE        **DEFAULT JUDGMENT**
NAIMO, and ANTONIO COPPOLA,

                    *Defendants*.
--------------------------------------------------------X

## JUDGMENT

This action was commenced on November 29, 2018 (Doc. No. 1). Defendants Cavallo's of Chelsea, Inc. (d/b/a Claudio Pizzeria), Salvatore Naimo and Antonio Coppola were served with process on December 5, 2018, December 12, 2018 and December 15, respectively (Docs. No. 10, 11 and 12).

To date, Defendants Cavallo's of Chelsea, Inc. (d/b/a Claudio Pizzeria), Salvatore Naimo and Antonio Coppola have not answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of Defendant Cavallo's of Chelsea, Inc. (d/b/a Claudio Pizzeria), Salvatore Naimo and Antonio Coppola on February 6, 2019 (Docs. No. 18, 19 and 20). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiff has judgment joint and severally against the Defendant Cavallo's of Chelsea, Inc. (d/b/a Claudio Pizzeria), Salvatore Naimo and Antonio Coppola, in the amount of $88,571.17, including (A) compensatory damages for unpaid minimum wages and overtime

compensation in the amount of $28,534, (B) liquidated damages for unpaid minimum wages and overtime compensation under the FLSA/NYLL in the amount of $28,534, (C) unpaid spread of hours pay in the amount of $1,530 (D) liquidated damages for unpaid spread of hours pay in the amount of $1,530 (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000, and (G) pre-judgment interest on unpaid minimum wages and overtime calculated at the rate of 9% per annum until to the date of judgment, and totaling $1,985.93 as of February 7, 2019; (H) pre-judgment interest on spread of hours damages to be calculated at the rate of 9% per annum to the date of judgment and totaling $107.24 as of February 7, 2019; (I) tools of the trade in the amount of $500; (J) unpaid wages for Plaintiff's last week of employment in the amount of $600; and, (K) tip-withholding in the amount of $15,250.

That the Plaintiff is awarded attorney's fees in the amount of $2,935.00, and costs in the amount of $563,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:   New York, New York
         _____, 2019

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____.

To:

Cavallo's of Chelsea Inc.
334 8th Avenue
New York, NY 10001

Salvatore Naimo
79 Ball Park Ln
Hicksville, NY 11801

Antonio Coppola
376 Grantwood Avenue
Staten Island, NY 10312