UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SEVERIANO MENDOZA,                               :
:
                    Plaintiff,     :
:      18-CV-11147 (VSB)
     -v-                                            :
:      **ORDER**
CAVALLO'S OF CHELSEA, INC., et al.,              :
:
                 Defendants.   :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2019

VERNON S. BRODERICK, United States District Judge:

      Plaintiff commenced this action on November 29, 2018 with the filing of his Complaint. (Doc. 1.)  Copies of the Summons and Complaint were served on Defendants Cavallo's of Chelsea, Inc., Salvatore Naimo, and Antonio Coppola in December 2018.  (*See* Docs. 10, 11, 12.)  Defendants have failed to appear or respond to the Complaint.

      On February 6, 2019, the Clerk of the Court entered a Certificate of Default as to each Defendant.  (Docs. 18, 19, 20.)  Plaintiff sought, and I issued, an Order to Show Cause on February 19, 2019, directing Defendants to show cause why an order should not be issued granting Plaintiff a default judgment.  (Doc. 27.)

      The Order to Show Cause hearing was held on April 25, 2019.  Defendants failed to appear at that hearing or request that it be adjourned.  To date, no notices of appearance for Defendants have been filed.  In light of the fact that service on Defendants was proper, and Defendants have failed to appear in this case, it is hereby:

      ORDERED that a default is entered against Defendants Cavallo's of Chelsea, Inc., Salvatore Naimo, and Antonio Coppola on the issue of liability.

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Debra Freeman for an inquest on damages.

SO ORDERED.

Dated: April 25, 2019
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge